Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of S.D.N.Y.

Civil Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Mounir Mrabet 38281510

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mark Gurleski, Jane chong, Kristian Palau

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Lesly Ahlberg.

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No


RECEIVED MAR 03 2025 PRO SE OFFICE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mounir Hrabet
Address: M.D.C. Brooklyn
City: (blank)  State: N.Y.  Zip Code: 11232
County: Kings   P.O. Box 329002
Telephone Number: Sister's # 917 412 7229
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mark Gurleski
Job or Title (if known): NYPD Det III  TAX ID 948043
Address: 500 pearl st NY  command 320
City: (blank)  State: N.Y.  Zip Code: 10007
County: New York
Telephone Number:
E-Mail Address (if known): MGurleski@usa.doj.gov
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Apple.com
Job or Title (if known): Lesly Ahlberg · legal Specialist
Address:
City: (blank)  State: (blank)  Zip Code: (blank)
County:
Telephone Number:
E-Mail Address (if known): LawEnforcement@apple.com
[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Jane Chong.
Job or Title (if known): AUSA.
Address:

| City | State | Zip Code |

County
Telephone Number: 917 763 3172
E-Mail Address (if known):

☑ Individual capacity    ☐ Official capacity

Defendant No. 4
Name: Kristian Palau
Job or Title (if known): Custudion of Apple Records.
Address: World Trade Center Apple.

| City: N.Y. | State: N.Y. | Zip Code |

County
Telephone Number
E-Mail Address (if known)

☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th Amendment Rights 5th Amendment Rights to Remain Silent

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st, 4th, 5th and 6th Amendment Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

First Mark Gurleski falsified Affidavits and deputized citizens to violate my Privacy in my Apple icloud data Storage unit Kristian palau took the stand Autehticated Data jane chong was the over zealous Prosecutor that concealed material information During trial

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The event happened in N.Y.C. 501 tente Ave. and 321 west 42nd. Newyork 11365 Apt 3A.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Jan 5 2023. April 23 2024. Nov. 6. 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My Apple Icloud Account Has been Accessed by the NYPD in a Blank Cathch All open ended warrant. My private storage was Broken into by police Searched without my consent. and my character has been Defamed by Mark Gurleski false Accusation of Hotel overdose event.

My legal lawyer Knows what happened Elizabeth M Johns And Everything is Documented.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Mental Dignity has been stripped and Private Affairs and Sex life has been put on a hard drive from the AUSA Jane Chong. I feel Raped Hopeless and Broken and I don't think nothing Could let me trust Apple again with my Expecation of privacy and thien commitment to user.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

There is no number to Price such violation of my Mental. I have been stripped of all my Rights and privacy

I would like the Court to Nullify the current case And Award damages and Also Reprimand the partys involved.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-25-25

Signature of Plaintiff: *Mounir Mrabet · Pro Se*
Printed Name of Plaintiff: Mounir Mrabet 3828 1510

### B. For Attorneys

Date of signing: Pro Se.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

           City         State         Zip Code

Telephone Number
E-mail Address