RECEIVED OCT -8 2025 PRO SE OFFICE

25 cv 1952 (LTS)

Mounir Mrabet

Adding Defendants grand Hyatt Hotel, gotham mini Storage -

v

Mark Gurleski Det III, + Grand Hyatt Hotel, Gotham + mini Storage, Apple.com, Leslie Ahlberg Legal Specialist.

Motion Under Rule 15 Fed Rules of Civil procedure.

I Mounir Mrabet to Amend my Complaint for violation of my Civil Rights Through Search and unknown arresst. Through the Grand Hyatt Hotel, Apple.com giving All my Private Content To Mark Gurleski Det III of the N.Y.P.D. on a Facially Defective warrant and False Affidavit. Gotham mini storge for working with Mark Gurleski and So Forth and any unknown Defendants Responsible.

Mounir Mrabet
FCI Raybrook
N.Y. 12977 P.O.BOX 900 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNIR MRABET,

    Plaintiff,

-against-

MARK GURLESKI; LESLIE AHLBERG; GOTHAM MINI STORAGE; JANE CHONG; GRAND HYATT HOTEL,

    Defendants.

25-CV-6502 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is currently incarcerated at FCI Raybrook, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights with respect to a search of his property. For the following reasons, the complaint is dismissed.

    Plaintiff has previously submitted to this court a substantially similar complaint against many of the same defendants, asserting the same claims arising from the same events. That case is pending before the Court under docket number 25-CV-1952 (LTS) Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-1952 (LTS).[1]

    In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

---

[1] Plaintiff names Grand Hyatt Hotel and Gotham Mini Storage as defendants in this action, but he does not name them in the action pending under docket number 25-CV-1952 (LTS). Should Plaintiff wish to amend the complaint in No. 25-CV-1952 to add these parties as defendants, he may so in that action as permitted under Rule 15 of the Federal Rules of Civil Procedure.

## CONCLUSOIN

The Court dismisses Plaintiff's complaint as duplicative of No. 25-CV-1952 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:  September 10, 2025
        New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2

TRULINCS 38281510 - MRABET, MOUNIR - Unit: RBK-G-B

----------------------------------------------------------------------------------

FROM: Larry, Mike
TO: 38281510
SUBJECT: link: 3mfd7 (1 of 2)
DATE: 09/23/2025 10:06:14 AM

URL: https://www.innercitypress.com/sdny184prakoffmrabeticp042325..html
Link Code: 3mfd7

| |

---
| | In Other Media-eg New Statesman, AJE, FP, Georgia, NYT, Azerbaijan, CSM Click here to contact us .
---
These reports are usually available through Google News and on Lexis-Nexis ,
| Share | Tweet Follow on TWITTER
| Home -
---
These reports are usually available through Google News and on Lexis-Nexis
CONTRIBUTE
(FP Twitterati 100, 2013) ICP on YouTube
More: InnerCityPro BloggingHeads.tv
Sept 24, 2013 Follow @FUNCA_info UN: Sri Lanka
VoA: NYCLU
FOIA Finds
Google, Asked at UN About Censorship, Moved to Censor the Questioner, Sources
Say, Blaming UN - Update - Editorial Support this work by buying this book
Click on cover for secure site orders also includes "Toxic Credit in the
Global Inner City"
Community
Reinvestment Bank Beat
Freedom of Information
How to Contact Us
| For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now
2d Cir Cited By Matthew Russell Lee, Patreon Maxwell Book
SDNY COURT EXCLUSIVE, April 23 - In the U.S. District Court for the Southern
District of New York on January 5, a bond or detention proceeding was held by
Magistrate Judge Sarah Netburn for Mounir Mrabet, charged with narcotics
conspiracy.
Inner City Press was present as the only media in the Mag Court. Related Mag
Court live-tweeted thread (more on Patreon here) vlog here
Mrabet was in a white t-shirt; he had been arrested at 6 in the morning. He
consented to detention without prejudice.
On May 11, 2023, Mrabet appeared before the assigned District Judge, Jed S.
Rakoff. Trial was set for August 8, and discovery production to the MDC was
discussed.
Then Mrabet's counsel asked for release on bail. The AUSA replied that Mrabet
had 10 kilos of meth and seven phones; 20 arrests, four felonies.
Judge Rakoff said it seemed clear, but for the increasing danger in the MDC.
He said in some of his cases, defendants have been moved to other facilities.
No commitment to make that recommendation was made by the AUSA. Mrabet remains
detained.
Jump cut to June 29, 2023 - Mrabet was back in court, this time being allowed
to fire his CJA lawyer (who nevertheless continued to make discovery arguments
on his bahalf). Mrabet, speaking for himself, described lock-downs in the MDC
and the difficulty of getting discovery on a laptop - he wanted it printed
out. Judge Rakoff ordered the print outs. The AUSA said she would look into it
- and that a superseding indictment had been added.
On July 5 Judge Rakoff approved the US Attorney's Office proposal to put all
the iCloud text messages on a laptop and FedEx it to Mrabet in the MDC, rather
than 30 bankers boxes of print-outs which FedEx said would cost over $50,000.

Case 1:25-cv-01952-ALC   Document 16   Filed 10/07/25   Page 5 of 7

TRULINCS 38281510 - MRABET, MOUNIR - Unit: RBK-G-B
----------------------------------------------------------------------

The US says this "eliminates the delay of awaiting a CJA-funded laptop from the defense."

A new CJA lawyer was appointed, and on July 14 Judge Rakoff set a new trial date: November 6, 2023.

On August 4 the new CJA lawyer moved to suppress, declaring that Detective Mark Gurleski obtained the warrant based on false statements and annexing NYPD records of interviews about Hyatt room 3344 and a storage locker at 501 Tenth Avenue.

On November 2, 2023, the US Attorney's Office wrote in seeking to have the courtroom sealed during the trial, for UC-1 who they want to leave unnamed, or with pseudonym. They got it approved: "ORDER as to Mounir Mrabet: The Government's request for limited closure of the courtroom is GRANTED. The Government's request for UC-1 to testify at trial using only a pseudonym, is GRANTED. (Signed by Judge Jed S. Rakoff on 11/3/2023)."

They claim an audio feed will be available (as for example SDNY District Judge Paul A. Engelmayer provided in another case Inner City Press wrote in about) - and that "the Government would make the daily transcript of IC-1's testimony available to the public through the court reporter's office."

On November 7, Inner City Press found Courtroom 14B locked midday. It returned at 2 pm and entered the courtroom, only to be told to leave, that an audio feed was available in 23B. But that was locked (as were 24B and 26B, which Inner City Press checked). It was after 3 pm when the sealing without audio ended, and a DEA expert got on the stand. A note was left.

Even as to a belated transcript - at how high a cost? Can that really be called publicly available? Some Districts provide an online list of all proceedings for which closure is sought. Here, nothing --

and on November 9, amid an unrelated JPM Chase settlement with David Boies, guilty verdicts against Mrabet, sentencing set for February 12, 2024.

On December 19, Judge Rakoff docketed the outcome of a conference: "The Government may submit a letter brief, of up to five single-spaced pages, by 12/29/2023 regarding whether the Court should permit non-statutory victims to be heard at Mrabet's sentencing. Defense counsel may submit a responsive letter brief, of up to five single-spaced pages, by 1/12/2024."

The prosecutors' December 29 letter recounts the overdose deaths in room 3344 of the Hyatt Grand Central Hotel on July 29-30, 2022 and cites US v. Sica (2d Cir. 2017)

On March 15, 2024 the US Attorney's Office, noting the 15 year minimum, asked for 30 to life, attaching a Victim Impact Statement from the mother of the deceased: "all you see is money you have made because you do not have a conscience at all. I wish you no mercy."

On March 20 the US Attorney's Office put in another victim impact statement, from the father of a deceased: "He had plans to become a professional hockey player. I would ask the Court to do whatever it can to eliminate the evil"

On April 23, the day of sentencing, the US Attorney's Office put in a third victim impact statement, by the father of a deceased hockey player, "he was my best friend, sometimes me and my wife share his stories hours and hours... We

TRULINCS 38281510 - MRABET, MOUNIR - Unit: RBK-G-B

---

FROM: Larry, Mike
TO: 38281510
SUBJECT: link: 3mfd7 (2 of 2)
DATE: 09/23/2025 10:06:14 AM

need a justice for our son [redacted] We don't want other parents suffer as me and my wife suffered after our loss." Mrabet's sentencing was moved back to April 24.
And Inner City Press went. Thread:
Mrabet: They edited the video, it was illegal. This case was unfair. The indictment was unconstitutional. My name is in caps - I'm not a corporation. I'm not as sharp as these Ivy League students.
Mrabet: These are sharky and murky waters. A no-knock warrant. Apple gave up all my comminications. I'm not responsible for those drugs. Maybe Biden is responsible for those drugs. Or China.
Judge Rakoff: Mr. Mrabet is intelligent, but not on the law. There is something to Mr. Mrabet saying he is a victim. But he chose his acts. The Government wants 30 years. That's overly punitive. But the mandatory minimum is not enough. I sentence you to 22 and a half years.
Jump cut to February 6, 2025 when a hand written motion by Mrabet, complete with a copy of the warrant with handwriting "False" on it, went into the docket.
Jump against to April 23, 2025, when Judge Rakoff wrote that he has no jurisdiction, for now: "the Court must wait until the mandate of the United States Court of Appeals for the Second Circuit issues with respect to Mr. Mrabet's appeal before addressing or resolving his motions. SO ORDERED. (Signed by Judge Jed S. Rakoff on 4/23/2025)."
The case is USA v. Mrabet, 1:23-cr-69 (Rakoff)
***
Your support means a lot. As little as $5 a month helps keep us going and grants you access to exclusive bonus material on our Patreon page. Click here to become a patron.
Feedback: Editorial [at] innercitypress.com
SDNY Press Room
500 Pearl Street, NY NY 10007 USA
Mail: Box 130222 NY NY 10013
Reporter's mobile (and weekends): 718-716-3540 |
|
---|---
Other, earlier Inner City Press are listed here, and some are available in the ProQuest service, and now on Lexis-Nexis.
Copyright 2006-2025 Inner City Press, Inc. To request reprint or other permission, e-contact Editorial [at] innercitypress.com

Name: Mounik Mabot
Reg #: 38281510
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

**RECEIVED OCT - 8 2025 PRO SE OFFICE**

⇔38281-510⇔
Us Sdny District Court
500 Pearl ST
(Lts) Civil
NEW YORK, NY 10007
United States

Pro se

ALBANY NY 120
2 OCT 2025 AM 2 L

**RECEIVED OCT 07 2025 CLERK'S OFFICE S.D.N.Y.**

Legal

FCI RAY BROOK
P.O. BOX 300 RAY BROOK, NEW YORK
DATE: 10-1-25

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."