UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mounir Mrabet

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

25 Civ. 1952 (ALC (__)

-against-

Mark Gurleski, NYPD DT3
Jane Chong. AUSA.
Apple.com Grand Hyatt Hotel
Gotham mini Storage.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

RECEIVED
SDNY PRO SE OFFICE

2025 DEC 16 PM 1:35

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL**

1.  Name of applicant. Mounir Mrabet

2.  Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

I need Lawyer To Help me explain my Case and Help Me to Deliver notice To Defendants

3.  Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

I am currently incarcerated and Have been Reaching out to No avail and I poor

4.  If you need a lawyer who speaks in a language other than English, state what language you speak:

English

5.  I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6.  I understand that if my answers on my Request to Proceed In Forma Pauperis are false, my case may be dismissed.

7.  **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Dec. 8. 2025

Signature

Elizabeth M Johnson was my Appeal Lawyer

Plaintiff's request that the Court appoint counsel is DENIED. This is a civil suit and unlike a criminal case, Plaintiff is not entitled to a court-appointed attorney. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. _See Coppedge v. United States_, 369 U.S. 438, 44445 (1962). The Clerk of Court is respectfully directed to mail Plaintiff a copy of this Order.

Rev. 05/200

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 18, 2025