Mounir Mrabet

V

Mark Gurleski,                        25 cv 01952 (ALC)
Apple.com.,          Rule 15 Amended Complaint.
Jane Chong AUSA              42 1983 Bivens claim
   ETC....

I Mounir Mrabet under penalty of Perjury

is offering Evidence in form of Hard Copy

Documents made by The AUSA Jane Chong

As proof of the Question amend Violations of

My Constitional Rights of Privacy. And is Offering

My Questions To The Defandants pursuant to

Rule 31 of Civil procedure. without leave. (1)

A party by Written Question depose any person

without leave of the court except as provided in Rule.

31 (a)(2).

RECEIVED
FEB - 2 2026
PRO SE OFFICE

Claims And BackGround.

I Mounir Mrabet Assest my private property person and Deputizing civilians with out warrants. And Apple Breaching My Confidense in giving Mark Gurleski. All of My personal Content through a facially Defiecent Warrant. I am also going to Show how Grand Hyatt Hotel let police in to my Room on 8/03/22. I will Also Show you that Gotham mini Storage Workers Rummaged And Broke in my Storage Unit Than Texted Mark Gurleski. Apple Shouldue never gave all Content to Mark Gurleski with a open Ended warrant. with no particurazation. And Jane Chong a AUSA with the Authority of Damian Williams Has proceeded Resigned And Jane Chong has violated

(orders)
Laws of the united States And Also Ethics and Protections of the Constitution And The bill of Rights.. She has violated because The Honorable Judge Rakoff Said They will not hear victim impacts statements because The goverment Has not proved me being a Link. The govertmant Conceeded and Than Still has put in the P.S.R. and the inner city press. "Sharky practice".

Also The Grand Hyatt Hotel Has police into my Room 3217 on Aug 3 for a Bogus warrant or whatever The Reason. I don't Know who is liable for invasion of my Expectation of Privacy NYPD or The Entitys. I also

Point out Apple.com Not Kristian Palau
or The other person Lesly Ahlberg. Has
given all my personal Content to Jane
Chong The AUSA. The Question To
Apple is The Data is Encrypted for the
User or The Server but the goverment
Has a Backdoor To This Data. Absurd.
To clarify And documents Enclosed please
Submit as Evidence.

① Mark Gurleski DT3 of NYPD
Has Falsified Affidavits on Applications
of warrants with disregard of the Truth
Under penalty of perjury Delibartley and
Has mislead MaGestrates Judges and

Also Deputized Storage unit workers To keep Tabs omy unit and I know for a fact gave his work number To call him and or other officer if a package arrives. Proof is Enclosed. Also Mark Gurleski Voluntary Corrected his affidavit But Somehow Still Uses his Mistake To Obtain Evidence And Shape The Case.

(2) Mark Gurleski DT3 of NYPD Has lead This investigation of Conviction 23 cR 69 (JSR) on Sept 30 as lead investigator of the case Has violated privacy in performing a illeagal Covert Recording in a private Dwelling In Violation of the 4th Amendment: In apt 3A

of 321 w 42nd st.

③ Mark Gurleski DT3 of NYPD and others unknow Have Deputized workers in Gotham Mini Storage To Act as Agents of the police wthout warrant Enter Storage unit Take pictures and Send To him proof Enclosed.

④ N.Y.P.D. officers on Aug 3 2022 Entered private Room in the Grand Hyatt Hotel Room 3217 and Arrestted Me MounirMrabet Claiming unknown Arresst or wrongful Arresst proof Enclosed. Mounir Mrabet Has a Expectation of Privaey in a Rented Hotel Room. (Grand Hyatt) Rn3344

Gotham Mini Storage 501 10th Ave.

ⓘ The Storage unit workers have Breached

Storage Unit on Behalf of police NYPD and Taken Photos and Sent them To lead Agent Mark Gurleski and others unknown.

② Mounir Mrabet Has lost all personal Items Due To the Arresst and Search in Regards To paper photo's Artwork Electronics and Saved Data Due To The Break in or Siezure

③ Gotham Mini Storage unit workers instructed Mounir Mrabet not to use Electricity To possibly Record Beurgarie's or Break inns That Have To Deal with This unit.

⟵ ——— Grand Hyatt Hotel ———⟶

① on Aug 3 2022 Employees have let NYPD

in to Mounir Mrabet's Room 3217 for whatever Reason. Mounir Mrabet is Entitled to Expectation of privacy in Hotel Room.

② 7/30 2022 NYPD Responded To a Mass overdose event in The Grand Hyatt Hotel victim's Said they found drugs in Room. But Hotel Record Assert they checked in to a clean Room. Somehow Mounir Mrabets Name got involved violation of my Rights

— Jane Chong Yumi —

The AUSA of Case 23 cr 69 (JSR) has violated The laws of a Citizen of the united States of America by implicating Mounir

in The Hotel Deaths or incidents Not bringing
To The Jury For Whatever Reason. Than
Adding it the inner city press and PSR
Even After Judge Rakoff informed
Her Not to And AUSA Has conceeded
Proof Enclosed.

Jane Yumi Chong and The NYPD
Mark Gurleski of NYPD have Conspired
Against My Rights And worked Together in
This Case which Brings About. Violations
USC 18 §§ 241 Conspiracy Against Rights
Jane Yumi Chong and Mark Gurleski Have worked
Together with Falsified Affidavits and leaks To
The inner city press and internet and Civilains

Have Prejudiced Mounir Mrabet in the Course

of the investigation leading To the Conviction

of This case and obtained inAdmissable

Evidence. As per Covert Recording in a private

Dwelling, Storage Unit Search with no Arrest

And Apple overly broad icloud warrant where

I Mounir Mrabet have a Expectation of privacy

in personal Data Stored in the Cloud.

The Very Core Fundamental of the Fourth

Amendment is a Expectation of Privacy

in (1.) Private Dwelling Free From Covert Recording.
   (2) Private Storage Facility · personal property kept
   (3) personal Stored Data via icloud.
   (4) Grand Hyatt Hotel a private Room.

There is No way a warrant that Says

People Found drugs in Room Overdose

Links icloud data and a string of warrants
To Cause This Conviction. At the
Very least this Should Be Fruit of
a Poisonous Tree.

But the Damages of Personal Privacy
invaded is priceless I am Asking
For Monetary Relief and Injunction
$ 15,000,000.°° Awarded For Personal
Privacy Affairs Breached personal Property Lost
From Hotel Arrest and Storage Unit and
Apartment property with Door Broken and
Property Lost. Injunction as writ of Mamadus
To the District Court To Correct The
Procedures and or a Franks Hearing

To Determine The Evidence is Admissable,

Swear By Penalty of Perjury Swear everything is True.

Mounir Mrabet
38281510
FCI Raybrook N.Y.
12977

Date Jan 21 2026

Enclosed is Documents and proof please submit To Case Thank you.

| Address Location | Street | City | State | | Zip | | Apt # | |
|---|---|---|---|---|---|---|---|---|
| Phone # | Cross Street | | Intersection of | | | | Premise Type | |
| Business Name | | | Business Type | | | | | |
| Event Details | | | | | | | | |

---

**Details**

**Summary of Investigation:**

1. On August 3, 2022, at approximately 1410 hours, Mounir, Mrabet 08/18/1984 was arrested by Det. Clemente from the 13th detective squad. Prisoner arraignment lookup shows the defendant was ROR. I also checked the NYC Department of Correction Inmate lookup and Mounir, Mrabet is not in the system.

2. Case active. *This is a Arrest for the Same thing in The Grand Hyatt Hotel*

| **CONFERRED WITH** | *MOUNIR MRABET was in a private Room and Cops were* |
|---|---|
| **Routing Rules** | *Let in By Grand Hyatt Security · Room - 3217 ·* |

*Amazing!! unknown*
*Arrest about.*

| **ATTACHMENT** | | |
|---|---|---|
| No | Attachment | Description |
| 1 | [PDF] 1659742262036_arraignment.pdf | 1659742262036_arraignment.pdf |
| 2 | [PDF] 1659742252778_arrestrepor.pdf | 1659742252778_arrestrepor.pdf |

*Nothing.*
*NYC Criminal Court Dissmissed*

| **Reporting Officer:** | **Rank** DT3 | **Name** CARLOS PEREZ | | **Tax Reg. No.** 948262 | | **Command** *Case.* 750-NARCOTICS BOROUGH MANHATTAN SOUTH |
|---|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed:** 08/06/2022 | **Date of Next Review** | **Name** STEPHEN LOUD | | **Supv. Tax No.** 932923 |
| **Endorser:** | **Rank** SGT | **Name** STEPHEN LOUD | | **Tax Reg. No.** 932923 | **Command** 750 | **Status** Approved |
| | **Endorsement Date** 08/06/2022 | **Comments** | | | | |

---

| Tracking# 76250273 | | | | | |
|---|---|---|---|---|---|
| **Information Results** | | | **Crime/Condition** | **Command** 014-MIDTOWN PRECINCT SOUTH **Date of This Report** 08/06/2022 | |
| **Date Reported** 07/30/2022 | **Complaint No.** 2022-014-08938 | **Date Assigned** 07/30/2022 | **Case No.** 2022 - 184 | **Unit Reporting** TEAM 1-6-10 | **Follow-Up No.** 20 |

| **Topic/Subject** (Information Results) ARGUS VIDEO REQUEST | **Activity Date** 08/06/2022 | **Activity Time** 10:00 |
|---|---|---|

| **Reason For Request** | |
|---|---|
| **Conflict** | |
| **Details** | |

| **Reason for this Location** | | |
|---|---|---|
| **Source** UF61 - 2022 - 14 - 8938 | **Pct Plan** | **Other, Specify** |
| **Location** | | |

SENSITIVE

| | |
|---|---|
| **Place of Arrest:** | NYCPD 13 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | July 08, 2021 |
| **Place of Crime:** | NYCPD 13 |
| **Criminal Justice Tracking No.:** | 70026278Z |
| **Arresting Agency:** | NYCPD PCT 013 |
| **Arresting Officer ID:** | 960375 |
| **Arrest Number:** | M22628891 |
| **Arraignment:** | New York County Criminal Court |

**Arrest Charges:**

-- Grand Larceny 4th : Value Property Greater Than $1000
   PL 155.30   Sub 01   Class E Felony Degree 4 NCIC 2399


**Court Case Information**

—Court: New York County Criminal Court   Case Number: CR-020822-22NY

August 03, 2022
**Initial Report Of Docket Number**

*Was Arrested in Grand Hyatt Hotel for Nebula Overdose But Records say three diffrent thing?*

August 03, 2022
**Arraigned**

-- Petit Larceny
   PL 155.25   Class A Misdemeanor NCIC 2399

-- Criminal Possession Stolen Property-5th Degree
   PL 165.40   Class A Misdemeanor NCIC 2804

*the Hotel Security opened door. For Police for a False Tip.*

⬇ **Cycle 19** ⬆   *I was Not in that Room Prior.*

**Arrest/Charge Information**
Arrest Date: April 16, 2021 02:20 pm (14:20:00)

| | |
|---|---|
| **Name:** | MOUNIR MRABET |
| **Date of Birth:** | August 18, 1984 |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 01" |
| **Weight:** | 250 |
| **Age at time of crime/arrest:** | 36 |
| **Address:** | 351 92 STREET, BROOKLYN, NY |
| **Fax Number:** | KP2890 |
| **Place of Arrest:** | NYCPD 68 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | April 16, 2021 |
| **Place of Crime:** | NYCPD 68 |
| **Criminal Justice Tracking No.:** | 69613825H |
| **Arresting Agency:** | NYCPD PCT 068 |

3/34

USAO 00007!



**NYPD Property Clerk Invoice**
PD 521-141(Rev.12/18)



Invoice No. **1001563293**

| | | | |
|---|---|---|---|
| Invoicing Command | | | Invoice Status |
| **7TH PRECINCT** | | | **OPEN** |
| Invoice Date | | Property Type | Property Category |
| **09/28/2022** | | **CONTROLLED SUBSTANCE** | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing Officer | DT3 | ALIBERTI, JOSEPH R | 956378 | NARC BORO MS | OCME.EU No. |
| Arresting Officer | N/A | | | | OCME.FB No. |
| Investigating Officer | DT3 | ALIBERTI, JOSEPH R | 956378 | NARC BORO MS | Police Lab Evid.Ctrl.No. |
| Det Squad Supervisor | SGT | LOUD, STEPHEN R | 932923 | NARC BORO MS | Det Sqd. Case No. |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 183 | PRESCRIPTION DRUGS MAKE: OXYCODONE HYDRO CHLORIDE FORM: TABLET/PILL PACKAGED IN: LOOSE IN STORAGE UNIT DESCRIPTION: ROUND BLUE PILL STAMPED "M" ON ONE SIDE "30" ON OPPOSITE SIDE. RECOVERED BY DET. ALIBERTI FROM STORAGE UNIT 5-1-368 FROM WHITE THREE TEIR SHELF ON THE FAR LEFT SIDE OF UNIT. | | 1204848179 - 1400814238 | 183 | |
| 2 | 1 | PRESCRIPTION DRUGS FORM: POWDER PACKAGED IN: LOOSE IN STORAGE UNIT DESCRIPTION: CRUSHED PILLS. RECOVERED BY DET. ALIBERTI FROM STORAGE UNIT 5-1-368 FROM WHITE THREE TEIR SHELF ON THE FAR LEFT SIDE OF UNIT. | | 1204848179 - 1400814238 | 1 | |
| 3 | 4 | OTHER PARAPHERNALIA WITH RESIDUE COLOR: CLEAR RESIDUE: METHAPHETAMINE DESCRIPTION: GLASS CONTAINER RECOVERED BY DET. ALIBERTI FROM STORAGE UNIT NUMBER 5-1-368 ON THE FLOOR NEXT TO THREE TIER WHITE SHELF ON FAR LEFT SIDE OF UNIT | | 1204848179 - 1400814238 | 4 | |
| 4 | 1 | ALLEGED OTHER NARCOTICS COLOR: PURPLE FORM: POWDER NARCOTIC IS: ALLEGED PACKAGED IN: BLUE TWIST DESCRIPTION: BLUE TWIST CONTAINING PURPLE RESIDUE DET. ALIBERTI FROM STORAGE UNIT NUMBER 5-1-368 FROM THE FIVE DRAWER CABINET (2ND DRAW) IN THE MIDDLE OF THE UNIT. | | 1204848179 - 1400814238 | 1 | |
| 5 | 1 | ALLEGED METHAMPHETAMINE COLOR: CLEAR FORM: POWDER NARCOTIC IS: ALLEGED PACKAGED IN: CLEAR PLASTIC CONTAINER DESCRIPTION: CLEAR PLASTIC CONTAINER DET. ALIBERTI FROM STORAGE UNIT NUMBER 5-1-368 FROM FIVE DRAWER FILE CABINET (3RD DRAW) IN THE MIDDLE OF THE UNIT. | | 1204848179 - 1400814238 | 1 | |
| 6 | 1 | OTHER PARAPHERNALIA WITH RESIDUE COLOR: CLEAR RESIDUE: METHAPHETAMINE DESCRIPTION: GLASS JAR WITH RESIDUE DET. ALIBERTI FROM STORAGE UNIT NUMBER 5-1-368 FROM THE FLOOR NEAR WHITE SHELF | | 1204848179 - 1400814238 | 1 | |



Invoice No. **1001563293**

PCD Storage No.
--

USAO 00133(



NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. 1001563294

| Invoicing Command | | | | | Invoice Status |
| 7TH PRECINCT | | | | | OPEN |

| Invoice Date | | Property Type | | | Property Category |
| 09/28/2022 | | CONTROLLED SUBSTANCE | | | INVESTIGATORY |

| Officers | Rank | Name | Tax No. | Command | |
| Invoicing Officer | DT3 | GONZALEZ, VICENTE | 948214 | NARC BORO MS | OCME.EU No. |
| Arresting Officer | N/A | | | | OCME.FB No. |
| Investigating Officer | DT3 | ALIBERTI, JOSEPH R | 956378 | NARC BORO MS | Police-Lab Evid.Ctl.No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | OTHER PARAPHERNALIA WITH RESIDUE COLOR: BLACK/BLACK MAKE: SNAP-ON RESIDUE: METHAMPHETAMINE DESCRIPTION: THE ABOVE ITEM WAS RECOVERED ON THE GROUND FROM INSIDE STORAGE # 5-1-368. DAMAGE/DEFACEMENT DESCRIPTION: WEAR AND TEAR | | 1516347 | 1 | |
| 2 | 1 | OTHER PARAPHERNALIA WITH RESIDUE COLOR: BLACK/BLACK MAKE: SHRINE RESIDUE: METHAMPHETAMINE DESCRIPTION: THE ABOVE ITEM WAS RECOVERED FROM THE GROUND INSIDE OF STORAGE # 5-1-368 DAMAGE/DEFACEMENT DESCRIPTION: WEAR & TEAR | | 1516347 | 1 | |

| | | | Total Cash Value | 0.00 | | |

REMARKS

948214 09/28/2022 22:26 : ABOVE IS A COMPLETE LIST OF PROPERTY VOUCHERED AS INVESTIGATORY EVIDENCE. PROPERTY WAS RECOVERED IN REGARDS TO SEARCH WARRANT SIGNED BY THE HONERABLE JAMES L COTT. PROPERTY WAS RECOVERED BY DET. ALIBERTI FROM 501 10 AVENUE STORAGE UNIT NUMBER 5-1-368.

932923 09/28/2022 23:01 : Invoice Approved By 932923

| Date of Incident | Penal Code/Description | | Crime Classification | | Related To | Receipt |
| 07/30/2022 | D.O.A., INVESTIGATE | | INVESTIGATION | | | |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |

| | Name | | Tax No. | Address | | Phone.No |
| Finder | ALIBERTI, JOSEPH R. | | 956378 | 1 POLICE PLAZA NEW YORK, NY 10038 | | 929-246-2326 |
| Owner | JD MO, JD MO | | | *I don't Know him* | | |
| Complainant(s) | DHALIWAL, PARMJOT S | | | 9930 123A STREET 4R2 SURRAY, BA V3V | | |
| Person Vehicle Taken From | | | | | | |
| Complaint No. | 2022-014-00893B | | | | | |
| Related Comp No.(s) | N/A | | | | | |
| Aided/Accident No.(s) | N/A | | | | | |

*This Defeats The Allegation that they Did a Random!! Search.*

*Not only Deputized by Review pictures. But used a False Affidavit.*

*This is Fruit truck of a poisonous Farm*

Invoice No. 1001563294

Property Clerk Copy
printed: 10/14/2022 15:49

PCD Storage No.
--

Page No.1 of 2

isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

8.  I am a Detective with the NYPD and a TFO with the USAO-SDNY, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, and my conversations with law enforcement officers and law enforcement employees, as well as my review of documents and recordings. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

9.  Based on my participation in this investigation, including my personal observations; my examination of physical evidence; my review of company records, photographs, surveillance videos, and laboratory reports; my participation in physical surveillance; and my discussions with other law enforcement officers and other individuals, I have learned the following, in substance and in part:

### The Storage Unit Search *This is Lies it was broken into by staff or some one ?*

10.  On or about September 28, 2022, an employee at a storage facility in Manhattan ("Storage Facility-1") informed law enforcement that a reserved storage unit had been left open and unattended (the "Open Unit"). The Storage Facility-1 employee (the "Employee") had entered the Open Unit to conduct a wellness check and observed what appeared to be pills in plain view inside.

11.  From my review of rental agreements maintained by Storage Facility-1, I have learned that the Open Unit and one additional storage unit (together, the "Storage Units") were reserved under the name of MOUNIR MRABET, the defendant, and associated with a particular phone number (the "Mrabet Phone Number").

12.  From my conversations with the Employee, I have learned the following:

3

9/21/25, 8:37 PM

Case 1:25-cv-01952-ALC     Document 25     Filed 02/02/26     Page 18 of 33
For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited



# Inner City Press

In Other Media-eg New Statesman, AJE, FP, Georgia, NYT, Azerbaijan, CSM Click here to contact us

These reports are usually available through Google News and on Lexis-Nexis

, Share |

**Follow on TWITTER**

Home -



These reports are usually available through Google News and on Lexis-Nexis

**CONTRIBUTE**

(FP Twitterati 100, 2013)

ICP on YouTube

More: **InnerCityPro**

**BloggingHeads.tv**
**Sept 24, 2013**

UN: Sri Lanka

VoA: NYCLU

FOIA Finds

Google, Asked at UN
About Censorship, Moved
to Censor the Questioner,

## For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited

By Matthew Russell Lee, Patreon Maxwell Book

SDNY COURT EXCLUSIVE, April 23 - In the U.S. District Court for the Southern District of New York on January 5, a bond or detention proceeding was held by Magistrate Judge Sarah Netburn for Mounir Mrabet, charged with narcotics conspiracy.

Inner City Press was present as the only media in the Mag Court. Related Mag Court live-tweeted thread (more on Patreon here) vlog here

Mrabet was in a white t-shirt; he had been arrested at 6 in the morning. He consented to detention without prejudice. *I swear I would Never consent*

On May 11, 2023, Mrabet appeared before the assigned District Judge, Jed S. Rakoff. Trial

9/21/25, 8:37 PM

Case 1:25-cv-01952-ALC    Document 25    Filed 02/02/26    Page 19 of 33
For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited

Sources Say, Blaming UN -
Update - Editorial

**Support this work by buying
this book**



Click on cover for secure site
orders

also includes "Toxic Credit in the Global
Inner City"

Community
Reinvestment

Bank Beat
Freedom of Information

How to Contact Us

was set for August 8, and discovery production
to the MDC was discussed.

Then Mrabet's counsel asked for release on
bail. The AUSA replied that Mrabet had 10
kilos of meth and seven phones; 20 arrests,
four felonies.

Judge Rakoff said it seemed clear, but for the
increasing danger in the MDC. He said in
some of his cases, defendants have been
moved to other facilities. No commitment to
make that recommendation was made by the
AUSA. Mrabet remains detained.

Jump cut to June 29, 2023 - Mrabet was back
in court, this time being allowed to fire his
CJA lawyer (who nevertheless continued to
make discovery arguments on his bahalf).
Mrabet, speaking for himself, described lock-
downs in the MDC and the difficulty of getting
discovery on a laptop - he wanted it printed
out. Judge Rakoff ordered the print outs. The
AUSA said she would look into it - and that a
superseding indictment had been added. *vindiction?*

On July 5 Judge Rakoff approved the US
Attorney's Office proposal to put all the iCloud
text messages on a laptop and FedEx it to
Mrabet in the MDC, rather than 30 bankers
boxes of print-outs which FedEx said would
cost over $50,000. The US says this
"eliminates the delay of awaiting a CJA-
funded laptop from the defense."

A new CJA lawyer was appointed, and on July
14 Judge Rakoff set a new trial date:

9/21/25, 8:37 PM

Case 1:25-cv-01952-ALC     Document 25     Filed 02/02/26     Page 20 of 33
For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited

November 6, 2023.

On August 4 the new CJA lawyer moved to suppress, declaring that Detective Mark Gurleski obtained the warrant based on false statements and annexing NYPD records of interviews about Hyatt room 3344 and a storage locker at 501 Tenth Avenue.

On November 2, 2023, the US Attorney's Office wrote in seeking to have the courtroom sealed during the trial, for UC-1 who they want to leave unnamed, or with pseudonym. They got it approved: "ORDER as to Mounir Mrabet: The Government's request for limited closure of the courtroom is GRANTED. The Government's request for UC-1 to testify at trial using only a pseudonym, is GRANTED. (Signed by Judge Jed S. Rakoff on 11/3/2023)."

They claim an audio feed will be available (as for example SDNY District Judge Paul A. Engelmayer provided in another case Inner City Press wrote in about) - and that "the Government would make the daily transcript of IC-1's testimony available to the public through the court reporter's office."

On November 7, Inner City Press found Courtroom 14B locked midday. It returned at 2 pm and entered the courtroom, only to be told to leave, that an audio feed was available in 23B. But that was locked (as were 24B and 26B, which Inner City Press checked). It was after 3 pm when the sealing without audio

ended, and a DEA expert got on the stand.  A note was left.

Even as to a belated transcript - at how high a cost? Can that really be called publicly available? Some Districts provide an online list of all proceedings for which closure is sought. Here, nothing --

and on November 9, amid an unrelated JPM Chase settlement with David Boies, guilty verdicts against Mrabet, sentencing set for February 12, 2024.

On December 19, Judge Rakoff docketed the outcome of a conference: "The Government may submit a letter brief, of up to five single-spaced pages, by 12/29/2023 regarding whether the Court should permit non-statutory victims to be heard at Mrabet's sentencing. Defense counsel may submit a responsive letter brief, of up to five single-spaced pages, by 1/12/2024."

The prosecutors' December 29 letter recounts the overdose deaths in room 3344 of the Hyatt Grand Central Hotel on July 29-30, 2022 and cites US v. Sica (2d Cir. 2017)

On March 15, 2024 the US Attorney's Office, noting the 15 year minimum, asked for 30 to life, attaching a Victim Impact Statement from the mother of the deceased: "all you see is money you have made because you do not have a conscience at all. I wish you no mercy."

On March 20 the US Attorney's Office put in another victim impact statement, from the

9/21/25, 8:37 PM

Case 1:25-cv-01952-ALC     Document 25     Filed 02/02/26     Page 22 of 33
For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited

father of a deceased: "He had plans to become a professional hockey player. I would ask the Court to do whatever it can to eliminate the evil"

On April 23, the day of sentencing, the US Attorney's Office put in a third victim impact statement, by the father of a deceased hockey player, "he was my best friend, sometimes me and my wife share his stories hours and hours... We need a justice for our son [redacted] We don't want other parents suffer as me and my wife suffered after our loss." Mrabet's sentencing was moved back to April 24.

And Inner City Press went. Thread:

Mrabet: They edited the video, it was illegal. This case was unfair. The indictment was unconstitutional. My name is in caps - I'm not a corporation. I'm not as sharp as these Ivy League students.

Mrabet: These are sharky and murky waters. A no-knock warrant. Apple gave up all my comminications. I'm not responsible for those drugs. Maybe Biden is responsible for those drugs. Or China.

Judge Rakoff: Mr. Mrabet is intelligent, but not on the law. There is something to Mr. Mrabet saying he is a victim. But he chose his acts. The Government wants 30 years. That's overly punitive. But the mandatory minimum is not enough. I sentence you to 22 and a half years.

Jump cut to February 6, 2025 when a hand written motion by Mrabet, complete with a copy of the warrant with handwriting "False" on it, went into the docket.

Jump against to April 23, 2025, when Judge Rakoff wrote that he has no jurisdiction, for now: "the Court must wait until the mandate of the United States Court of Appeals for the Second Circuit issues with respect to Mr. Mrabet's appeal before addressing or resolving his motions. SO ORDERED. (Signed by Judge Jed S. Rakoff on 4/23/2025)."

The case is USA v. Mrabet, 1:23-cr-69 (Rakoff)



\*\*\*

Your support means a lot. As little as $5 a month helps keep us going and grants you access to exclusive bonus material on our Patreon page. Click here to become a patron.

Feedback: Editorial [at] innercitypress.com
SDNY Press Room
500 Pearl Street, NY NY 10007 USA

Mail: Box 130222 NY NY 10013

Reporter's mobile (and weekends): 718-716-3540

9/21/25, 8:37 PM

Case 1:25-cv-01952-ALC   Document 25   Filed 02/02/26   Page 24 of 33
For Mrabet Trial US Got OK to Seal Courtroom Then Guilty Got 270 Months Now 2d Cir Cited

Other, earlier Inner City Press are listed here, and some are available in the ProQuest service, and now on Lexis-Nexis.

Copyright 2006-2025 Inner City Press, Inc. To request reprint or other permission, e-contact Editorial [at] innercitypress.com



This is Evidence of Who was in the Room
Before The people That Died But they cant
Be liable Niether or Even the Hotel.
The Victims had a Cocktail of Drugs in there system

USAO/00024

| | | | |
|---|---|---|---|
| Kim,Shannon(1355700) - CA | 25-Jul-22 | 17:56:43 | CHECK IN |
| Yoon, Jean has checked in Clean room 3344 or 07-25-22 | | | |
| HYATTPLSVS1FC | 25-Jul-22 | 17:56:42 | UPDATE RESERVATION |
| RESTYPECH 5 -> CHECKED IN | | | |
| HYATTPLSVS1FC | 25-Jul-22 | 17:56:35 | UPDATE RESERVATION |
| WINDOWCH 1 | | | |

USAO 00024

HYATT
NEW YORK

Hyatt Grand Central New York
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
grandnewyork.hyatt.com

**INVOICE**

▇▇▇▇▇
United States

*This is the reciept of the people that were in the Room before the guest that overdosed*

| | |
|---|---|
| Room No. | 3344 |
| Arrival | 07-25-22 |
| Departure | 07-27-22 |
| Folio Window | 3 |
| Folio No. | 2435431 |

Confirmation No.   5756568001
Group Name
Booking No.   1982171696

*The Reciept was Available imediately which is contary to Mark gurleski's Claims*

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-25-22 | Destination Fee | 39.99 | |
| 07-25-22 | Destination Fee - Sales Tax 8.875% | 3.55 | |
| 07-25-22 | Destination Fee - NYC Occupancy Tax 5.875% | 2.35 | |
| 07-26-22 | Destination Fee | 39.99 | |
| 07-26-22 | Destination Fee - Sales Tax 8.875% | 3.55 | |
| 07-26-22 | Destination Fee - NYC Occupancy Tax 5.875% | 2.35 | |
| 07-27-22 | Room Allowance | -91.78 | |
| 07-27-22 | Luggage Storage Paidout | 44.00 | |
| 07-27-22 | Room Allowance | -44.00 | |

*Hence - the Civil Suit*

| | | |
|---|---|---|
| Total | 0.00 | 0.00 |
| Balance | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

How was your stay at the Hyatt Grand Central New York?
Our goal is to provide every guest with an excellent stay.
Please send any comments or concerns regarding your visit to
HyattGCNY@hyatt.com

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

Lost and Found Inquiries: lost.foundnycgh@hyatt.com

For inquiries concerning your bill, please call 888-588-6308

Please remit payment to:
Hyatt Grand Central New York
Lockbox 842234
1950 N. Stemmons Freeway Ste. 505
Dallas, TX 75207



Hyatt Grand Central New York
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
grandnewyork.hyatt.com

**INVOICE**

MR Mounir Mrabet
224. 93st Bklyn
New York NY 11209
United States

| | |
|---|---|
| Room No. | 3344 |
| Arrival | 07-23-22 |
| Departure | 07-25-22 |
| Folio Window | 1 |
| Folio No. | 2434598 |

Confirmation No.    2124620001

Group Name

Please send any comments or concerns regarding your visit to
HyattGCNY@hyatt.com

Membership:          XXXXXX129K
Bonus Codes:
Qualifying Nights:    2
Eligible Spend:        998.09
Redemption Eligible: 36.69

Summary Invoice, please see front desk
for eligible details.

Lost and Found Inquiries: lost.foundnycgh@hyatt.com

For inquiries concerning your bill, please call 888-588-6308

Please remit payment to:
Hyatt Grand Central New York
Lockbox 842234
1950 N. Stemmons Freeway Ste. 505
Dallas, TX 75207

GRAND | HYATT          GRAND | HYATT

C/I 130p~

| PLEASE NOTE THAT OUR CHECK OUT TIME IS 11:00 AM | |
|---|---|
| SALUTATION  □MR  □MRS  □MS  □OTHER | ARRIVAL    28 Jul 22    DEPARTURE    01 Aug 22 |
| LAST NAME ▬ | ROOM NO.    3344    PERSONS    3 |
| FIRST NAME ▬ | RATE PER NIGHT |
| THE FOLLOWING ADDRESS IS  □ BUSINESS  ■ PRIVATE | PURPOSE OF VISIT  □ BUSINESS    □ LEISURE |
| ADDRESS | COMPANY |
|  | TITLE |
| CITY                STATE/PROV. | TELEPHONE    1-778-9955040 |
| ZIP/POSTAL CODE | E-MAIL |
| COUNTRY    US | METHOD OF PAYMENT    VA |
| LP MEMBERSHIP |  |
| NEWSPAPER | METHOD OF COMMUNICATION  □ E-MAIL  ● TEL  □ NONE |
| DEPARTURE TIME            DEPARTURE FLIGHT | CHECK-OUT TIME    00:00 |

| PLEASE NOTE THAT OUR CHECK OUT TIME IS 11:00 AM | |
|---|---|
| LAST NAME | ▬ |
| FIRST NAME | ▬ |
| ARRIVAL | 28 Jul 22 |
| DEPARTURE | 01 Aug 22 |
| ROOM NO. | 3344 |
| RATE PER NIGHT *Rate change applies | |

| PLEASE NOTE THAT OUR CHECK OUT TIME IS 11:00 AM | |
|---|---|
| LAST NAME | ▬ |
| FIRST NAME | ▬ |
| ARRIVAL | 28 Jul 22 |
| DEPARTURE | 01 Aug 22 |
| ROOM NO. | 3344 |
| RATE PER NIGHT *Rate change applies | |

Safety Deposit boxes are available for your valuables
Important – Please take notice that the proprietor of this hotel keeps safe deposit boxes where money, jewelry, documents or valuables of a like nature may be deposited for safe keeping. This hotel will not be responsible or liable for any loss or injury to such articles or any such property of any individual guest, or boarder, or lodger.

CHECKOUT TIME IS 11:00AM AT THIS HOTEL. 24 HOUR NOTICE IS REQUIRED TO AVOID AN EARLY DEPARTURE FEE OF ONE NIGHTS ROOM AND TAX.

I agree that my liability for this bill is not waived and I agree to be personally liable in the event that the indicated person, company, or association fails to pay for any part of the full amount of these charges. If I do not check out at the front desk I authorize the hotel to process all charges incurred during the stay to the credit card I presented at the time of check-in.

Signature: _____

23 CR 69 (JSR)

Mounir Mrabet 38281510
FCI Ray Brook N.Y. 12977
P.O. BOX 900.

In Summary Respectfully And Humbly The Courts Should Grant The Franks Hearing Because The Court Asked for an offer of Proof. Which is Enclosed And Also in this situation it Meets The 4 prongs That Fails To Me To Pass The Good faith Exception.

1) Where The Affiant Recklessy or Knowing placed false information in the Affidavits That Mislead The issuing Judge.

2) Where The Judge wholly abandons his or her Role as a neutral party.

3) Where The Affidavits is so lacking indicia of probable cause as To Render official belief in its existence entirely unReasonable

4) Where The warrant is so facially deficient in Failing to Particulize The place To be Searched or the things To Be Seized That the Executing officers cannot Reasonbly Presume it to be valid.

Look United States v John Micheal Underwood Appeals court 9th cir 725 F.3d 1076; 2013 US. App LEXIS 16227
The district Court properly Suppressed drug Trafficking

Evidence Found in a Defendant's Presence.

Franks The exclusionary or Good faith
Should not Be a Cloak of protection The
Kings Men can do No Harm in thier
Search warrant. Especially if it fails To
particurilize or vagues Remarks of probable
Cause That would make No Sense.
   A Warrant is Not a General Hunting
Liscense.
            Respectfully Submitted.

Pray in Favor of Granting Franks Hearing and
Dismissing The 924(c) gun Because There
was No gun or Police Report of Gun and
This is a Conspiracy with No Money No
Cars No Codefandants No Gun. Its
Seems The Goverment Has Frustrated This
Conspiracy And There is Multiple Facts
that the Goverment Seems To Overlook

Documents Enclosed.

    Prayer for Relief In the Intrest of Public
Reputation of Fairness and Integrity.
                              Mounir Mrabet.

A-57

**22 MAG 10217**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In the Matter of a Warrant for All
Content    and    Other    Information
Associated with the iCloud Account
with           Apple           ID
mounirmez@icloud.com,    Maintained
at Premises Controlled by Apple, Inc.,
USAO No. 2022R00929

**TO BE FILED UNDER SEAL**

**Agent Affidavit in Support of
Application for a Search Warrant for
Stored Electronic Communications**

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK   )

Mark Gurleski, being duly sworn, deposes and states:

**I.      Introduction**

    **A.      Affiant**

1.      1. I am a Detective with the New York City Police Department ("NYPD") and a

Task Force Officer ("TFO") with the United States Attorney's Office for the Southern District of

New York (the "USAO-SDNY"). As such, I am a "federal law enforcement officer" within the

meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged

in enforcing the criminal laws and duly authorized by the Attorney General to request a search

warrant. During my time with the NYPD and the USAO-SDNY, I have received training in

investigating narcotics distribution and trafficking, and I have participated in investigations into

the same. I have also participated in the execution of numerous search warrants involving evidence

of the sort described herein, including in cases pertaining to narcotics trafficking.

    **B.      The Provider, the Subject Account, and the Subject Offenses**

2.      I make this affidavit in support of an application for a search warrant pursuant to

18 U.S.C. § 2703 for all content and other information associated with the iCloud account with

the Apple ID mounirmez@icloud.com (the "Subject Account") maintained and controlled by



*Not allowed by SCA —*
*18. U.S.S. 2701 - 2713 —*
*Cannot provide content with out Consent —*

USAO_001229

A-58

the Court deems appropriate, where there is reason to believe that such notification will seriously jeopardize an investigation. 18 U.S.C. § 2705(b).

**II.     Probable Cause**

    **A.  Probable Cause Regarding the Subject Offenses**

        *Overdose Deaths in Hotel Room Previously Rented by Mounir Mrabet*

    21.   From my involvement in the investigation, law enforcement surveillance, my review of law enforcement reports, and my conversations with other law enforcement officers and witnesses, I have learned the following about a July 30, 2022 mass overdose event in Manhattan, as described below:

        a.  On or about July 30, 2022, law enforcement officers responding to a 911 call found three individuals in a reserved room of a hotel in Manhattan (the "Hotel Room") who appeared to have overdosed on narcotics. One individual was pronounced dead on scene ("Decedent-1"), a second individual died after resuscitation ("Decedent-2"), and a third individual survived (the "Survivor").

        b.  Based on my review of a forensic toxicology lab report provided by the New York City Office of the Chief Medical Examiner ("OCME"), I have learned that the immediate cause of death for Decedent-2 was acute intoxication by the combined effects of fentanyl, acetylfentanyl, cocaine, and ethanol.[1]

        c.  Based on my interviews with the Survivor and additional witnesses who were also in the Hotel Room earlier that morning, I have learned that there were six total individuals in the Hotel Room and that they had used cocaine. Based on my interviews with one of the additional



---

[1] A request to OCME for records relating to Decedent-1 remains pending.

12.20.2022

10