**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x

MOUNIR MRABET,

                         **Plaintiff/Relator,**

         -against-

MARK GURLESKI, et al.,

                  **Defendant.**

--------------------------------------------------------- x

       **25-cv-1952 (ALC)**

       **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 18, 2026, Defendants filed a request for a pre-motion conference regarding an anticipated motion to dismiss or alternatively requesting a briefing schedule.   Neither request was granted and there are currently no pending deadlines.

Plaintiff is ordered to respond to this request by June 10, 2026.

**SO ORDERED.**

**Dated:   May 29, 2026**
       **New York, New York**

_____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**